COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Cause number:  01-12-00535-CV

Style:  *Gary Jones and Carol Jones, Appellants v.*
*Pesak Brothers Construction, Inc., Appellee*

Type of motion:  Motion rehearing filed November 8, 2013

Party filing motion:  Appellants

Appellants' motion for rehearing is **denied**.

Judge's signature:  /s/ Jane Bland
    Acting for the Court

Panel consists of Justices Jennings, Bland, and Massengale.

Date:  December 12, 2013